LAWRENCE G. WASDEN
ATTORNEY GENERAL
STATE OF IDAHO
DARRELL G. EARLY
Chief, Natural Resources Division
KATHLEEN E. TREVER (Idaho Bar No. 4862)
OWEN H. MORONEY (Idaho Bar No. 9553)
Deputy Attorneys General
600 S. WALNUT STREET
P.O. BOX 25
BOISE, ID 83707
TELEPHONE: (208) 334-3715
FAX: (208) 334-4885
E-Mail:  kathleen.trever@idfg.idaho.gov
 owen.moroney@idafg.idaho.gov

*Attorneys for Defendants State of Idaho; and Governor Brad Little; Department of Fish and Game Director Ed Schriever; and Department of Fish and Game Enforcement Bureau Chief Greg Wooten, in their official capacities.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| THE NORTHWESTERN BAND OF THE SHOSHONE NATION, a federally recognized Indian tribe on its own behalf and as *parens patriae* on behalf of its members,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF IDAHO; and GOVERNOR BRAD LITTLE and DEPARTMENT OF FISH AND GAME DIRECTOR ED SCHRIEVER and DEPARTMENT OF FISH AND GAME ENFORCEMENT BUREAU CHIEF GREG WOOTEN, in their official capacities; and DOES 1-10,<br><br>Defendants. | Case No. 4:21-CV-00252-CWD<br><br>MOTION TO DISMISS |

COMES NOW Kathleen E. Trever, Deputy Attorney General, on behalf of Defendants State of Idaho; and Department of Fish and Game Director Ed Schriever; and Department of Fish and Game Enforcement Bureau Chief Greg Wooten, in their official capacities, (collectively "State Defendants") and hereby moves this Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 12(b)(7) for lack of subject-matter jurisdiction, failure to state a claim upon which relief can be granted; and failure to join a party under Fed. R. Civ. P. 19

This motion is supported by a Memorandum in Support of Defendants' Motion to Dismiss filed herewith.

Plaintiff and State Defendants have concurrently filed a stipulation of dismissal of Governor Little pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 28th day of July, 2021.

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL

*/s/ Kathleen E. Trever*_____
Kathleen E. Trever
Deputy Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

    Counsel for Plaintiff, the Northwestern Band of the Shoshone Nation
    RYAN B. FRAZIER (Idaho Bar No. 6201)
    Kirton McConkie
    50 East South Temple, Suite 400
    Salt Lake City, Utah 84111
    Telephone: (80 I) 328-3600
    Facsimile: (801) 321-4893
    rfrazier@kmclaw.com

                                          */s/ Kathleen E. Trever*
                                          Kathleen E. Trever
                                          Deputy Attorney General
                                          600 S. Walnut Street
                                          P.O. Box 25
                                          Boise, ID 83707
                                          kathleen.trever@idfg.idaho.gov